# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13-cr-175 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ROBERT J. BERRYHILL, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on December 30, 2021[1]. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on May 26, 2022. The defendant was found to have committed the violations alleged in violation number 1:

> 1. Violation of Standard Condition #3 - The defendant shall answer truthfully to all inquiries by the probation officer and follow the instructions of the probation officer.

The government moved to dismiss violation numbers 2 and 3.

The magistrate judge filed a report and recommendation on May 26,2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

---

[1] Superseding Violation Report filed on January 7, 2022. A Supplemental Information Report was filed on January 18, 2022.

A final supervised release violation hearing was conducted on August 2, 2022. Present were the following: Assistant United States Attorneys Robert Patton and Suzana Koch, Attorney Robert Duffrin, the defendant Robert J. Berryhill and United States Probation Officers Diana Samad and Camille Croft.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1. Additionally, the Court granted the government's motion to dismiss violation numbers 2 and 3.

IT IS ORDERED that the defendant's term of supervised release is modified to extend his term of supervision for two years with all the same terms and conditions as previously set, including payment of the outstanding restitution originally ordered.

**IT IS SO ORDERED**.

Dated: August 2, 2022

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**